# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PATRICK CASSIUS MCCLENDON

NO. 2023 KW 0434

**JULY 17, 2023**

---

In Re:   Patrick Cassius McClendon, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 93-CR-154452.

---

**BEFORE:   THERIOT, WOLFE, AND GREENE, JJ.**

**WRIT DENIED.**

MRT
EW
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT